Case 1:23-cv-00171-SJB   ECF No. 1, PageID.1   Filed 02/16/23   Page 1 of 4

2-13-2023

1:23-cv-171
Sally J. Berens
U.S. Magistrate Judge

FILED - GR
February 16, 2023 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB / 2/17

I am Cal Levora and I need a lawyer of individual statis my lawyer is holding me in jail against my will and will not even get me a PR bond

I have almost been murderd by a state trooper and his son and a few other people at the same time and chaced into the woods where I have found a shallow grave I am lucky to be alive my lawyer as soon as I told him called me a Retard first word out of his mouth.

I also need somebody to call the FBI Because I have tryed all of my recourses and the Homicide Unit and or detectives will not come and see me for reasons unknown Besides I Think They are working with the state police officer which is a detective of his own accord I do not know who is going to try to kill me next or where they are going to come from.

I noticed a Blue Hondai station wagon that was following me in Bangor sitting in front of The Jail with somebody in it when Dorm 3 went to reck the first time. No car the second time and then the Third time there was a gray Advenger I can't remember the dates But I know it was late November and it still Sit around Court House in the same spot so The person in it can see through the fence where the Court House and The VanBuren County Jail MI, 49079 have the Courtyard to see who walks through The gray Advenger Sit there with it markerPeriods and or Hazard lights on

This Letter is to Let you know I am asking for a lawyer of state Law and Can go to Federal Court to sue for Neglect, ~~denying~~ Denying Help to Someone that knows about a shallow grave and or that is on the Verge of Being Murdered By ~~a state~~ his County of VanBuren Michigan, 49079 Pawpaw

And I need to talk to the FBI from outside my County as Detriot and or Lansing My Name is Cal Levora and I am whating for a reply

Sincerly

Cal Levora

Inmate: Mike Lepley
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079



THIS MAIL IS FROM A
PERSON INCARCERATED AT
THE VAN BUREN COUNTY JAIL

399 Federal Bldg.
110 Michigan, St N.W.
Grand Rapids, MI 49503

49503$2300



2 clients Need Attorneys

Thank You!